IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *In re* Subpoena to THOMAS BRYAN | Miscellaneous Action No. 3:22mc007 |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, et al., <br><br> Defendants. | (*Underlying Action:* W.D. Tex. Case No. 3:21-cv-259) |

**UNITED STATES' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA**

Through the undersigned counsel, the United States hereby moves this Court for an order compelling Thomas Bryan to comply with a subpoena issued in connection with the action captioned as *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-259 (W.D. Tex.). For the reasons explained in the accompanying memorandum of law submitted in support of the motion, the United States respectfully asks that its motion be granted.

Pursuant to Local Civil Rule 37(E), undersigned counsel certifies that counsel for the United States met and conferred with Scott Field, counsel for Thomas Bryan, in an attempt to resolve this matter without court intervention but was unable to do so.

1

Dated: June 14, 2022

JESSICA D. ABER
United States Attorney

By: */s/ Jonathan T. Lucier*
Jonathan T. Lucier, VSB No. 81303
Attorney for the Movant
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

Respectfully submitted,

PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division

*/s/ Holly F.B. Berlin*
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JANIE ALLISON (JAYE) SITTON
MICHELLE RUPP
JACKI L. ANDERSON
JASMIN LOTT
HOLLY F.B. BERLIN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 532-3514
Email: holly.berlin@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify on June 14, 2022, copies of the foregoing were served by electronic mail on counsel for Thomas Bryan:

Scott K. Field
Butler Snow
1400 Lavaca Street, Suite 1000
Austin, TX 78701
scott.field@butlersnow.com

                                                 /s/_____
                                                 Jonathan T. Lucier, VSB No. 81303
                                                 Office of the United States Attorney
                                                 919 East Main Street, Suite 1900
                                                 Richmond, Virginia 23219
                                                 Tel.: (804) 819-5400
                                                 Fax: (804) 771-2316
                                                 Email: jonathan.lucier@usdoj.gov